UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14 P 4:21

IRVIN ROSE

V.

JOSEPH GANIM, ET AL.

PRISONER
CASE NO. 3:01CV90 (RNC) (DFM)

DISTRICT COURT
HARTFORD CT

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before the court is plaintiff's motion for appointment of counsel. For the reasons set forth below, the motion is denied.

The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). In this instance, the plaintiff fails to demonstrate that he is unable to secure counsel on his own. The plaintiff indicates that his attempts to obtain legal counsel in 2001 were unsuccessful. The plaintiff is no longer incarcerated and resides in Bridgeport, Connecticut. He does not indicate that he has made any attempts to find counsel since his release from prison. The plaintiff's attempts to find counsel, all of which were made more than two years ago, are insufficient to demonstrate an inability to secure counsel without the assistance of the court.

The possibility that the plaintiff may be able to secure counsel or legal assistance independently precludes appointment of counsel by the court at this time. Any renewal of this motion shall be accompanied by a summary of the plaintiff's recent attempts to obtain counsel. The summary of attempts to obtain

counsel should also include the reasons why assistance was unavailable.

Accordingly, plaintiff's Motion for Appointment of Counsel [doc. # 40] is DENIED without prejudice.

SO ORDERED this 14th day of October, 2003, at Hartford, Connecticut.

                                                  Donna F. Martinez
                                   United States Magistrate Judge