UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 25 P 3: 32

US DISTRICT COURT
HARTFORD CT

IRVINE ROSE

    Plaintiff,

V.

CITY OF HARTFORD, ET AL.

    Defendants.

PRISONER
CASE NO. 3:01CV90(RNC)

### NOTICE AND ORDER TO PRO SE PLAINTIFF AND DEFENDANTS

The Court hereby notifies the pro se plaintiff and defendants that their summary judgment papers fail to comply with applicable rules.

Defendants' motion for summary judgment is defective because the statement of undisputed facts fails to include citations to affidavits or other admissible evidence as required by Local Rule 56(a)(3). Accordingly, it is hereby ordered that defendants will file on or before December 15, 2003, a statement of undisputed facts that complies with Local Rule 56(a)3.

Plaintiff's memorandum in opposition to summary judgment is defective because plaintiff has not filed a Local Rule 56(a)(2) statement or supporting affidavits. The Court again gives notice to plaintiff that any factual assertions in the documents accompanying defendants' motion for summary judgment will be accepted as true unless plaintiff files affidavits or other documentary evidence contradicting those assertions.[1]

---

[1] Page three of plaintiff's opposition memorandum includes a heading "Affidavit." This document is not sworn under oath before

Accordingly, it is hereby ordered that plaintiff will file on or before January 16, 2004, a Local Rule 56(a)2 Statement and any supporting affidavits or other evidence showing that there is a genuine issue of material fact for trial. Plaintiff's Local Rule 56(a)(2) Statement must indicate whether he admits or denies each fact alleged in defendants' Local Rule 56(a)1 Statement and must also list in a separate section each issue of material fact that plaintiff contends must be tried. If plaintiff does not comply with this order, the motion for summary judgment may be granted.

So ordered at Hartford, Connecticut, this 25th day of November, 2003

```
                              Robert N. Chatigny
                              United States District Judge
```

---

a person having authority to administer oaths as required by Fed. R. Civ. P. 56(e), or verified under penalty of perjury as required by 28 U.S.C. § 1746. Thus, it does not constitute an affidavit.