FILED

2004 APR 23 P 4: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRVIN ROSE | : | |
| Plaintiff, | : | PRISONER<br>CIV. NO. 3:01CV90 (RNC)(DFM) |
| vs. | : | |
| JOSEPH GANIM, ET AL | : | |
| Defendants | : | APRIL 22, 2004 |

## DEFENDANTS, PEREZ & TORRES, MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants, M. Perez and P. Torres, respectfully request that the Court grant Summary Judgment. The bases of the Motion are that:

1. The Defendants', M. Perez and P. Torres, arrest of Mr. Rose was based upon probable cause.

2. The Defendants, M. Perez and P. Torres, are entitled to qualified immunity for their actions in arresting Mr. Irvin Rose.

3. There are no facts to support a claim against P. Torres.

4. The Plaintiff has failed to offer any testimony or evidence to support a cause of action for negligence or intentional infliction of emotional distress.

**Notice to Pro Se Plaintiff:** **The defendants in this matter have filed a Motion for Summary Judgment claiming that they are entitled to judgment in**

BMF04072                                    1

their favor as a matter of law on all allegations in your Complaint. Pursuant to Federal Rules of Civil Procedure and Local Rules of Civil Procedure if you fail to file an objection to this motion within twenty-one (23) days or fail to comply with the rules of court, judgment may enter against you and in the defendant's favor. This motion contains affidavits and documentation. Your objection to this motion, should you wish to file one, must contain affidavits or other documentary evidence setting forth the specific facts which you claim reveal a genuine issue for trial.

                                  THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 22ND day of April , 2004, to:

**Irvin Rose**
**115 Stone Ridge**
**Bridgeport, CT  06606**

*Barbara B Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04072                                3