



FILED

2004 APR 23  P 4: 56

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **IRVIN ROSE** | : | |
| **Plaintiff,** | : | **PRISONER** |
| | : | **CIV. NO. 3:01CV90 (RNC)(DFM)** |
| vs. | : | |
| | : | |
| **JOSEPH GANIM, ET AL** | : | |
| | : | |
| **Defendants** | : | **APRIL 22, 2004** |

### DEFENDANTS' 56(a)1 STATEMENT

1. The Defendant, M. Perez, was a Police Officer employed by the City of Bridgeport and on January 11, 1998 was assigned as a Patrol Officer in the City of Bridgeport. (Answer to Complaint)

2. The Defendant, P. Torres, was a Police Officer employed by the City of Bridgeport and on January 11, 1998 was assigned as a Patrol Officer in the City of Bridgeport. (Answer to Complaint)

3. On January 11, 1998, the area of Marina Village was known to have a high volume of illegal drug sales. On this date, Officers Perez and Torres were on a special patrol detail to monitor the area to prevent the high volume of drug sales. (Affidavit of Perez dated March 17, 2003)

BMF04071                               1

4.  As Officers Perez and Torres drove into the area where Mr. Rose had parked his car, they saw him walk away in what seemed like an effort to avoid them. (Affidavits of Perez dated March 17, 2003 and April 22, 2004)

5.  The Defendant Officers were given a false name by Mr. Rose upon initial questioning. (Affidavits of Perez)

6.  The Defendant Officers learned that Mr. Rose had a stolen plate on the car he was operating without a valid Connecticut operator's license. (Affidavit of Perez dated March 17, 2003)

7.  After discovering the criminal violations, the Defendant Officers arrested Mr. Rose and, during the course of the cuffing and search, discovered a glassine envelope in his rear pants pocket. (Affidavits of Perez, Police Report, and Response to Summary Judgment by Rose)

8.  The Officers later tested the white substance and it tested positive for traces of heroin. (Affidavit of Perez dated March 17, 2003 and Police Report)

9.  Mr. Rose was charged with operating an unregistered motor vehicle, theft of plates, no operator's license and possession of narcotics. (Police Report)

10. Mr. Rose admits to having narcotics on his person on January 11, 1993. (See Complaint and Plaintiff's Response to Summary Judgment)

11.   Mr. Rose gave the keys to the car in Marina Village to Officer Perez and allowed him to search the car.  (Plaintiff's Response to Motion for Summary Judgment)

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 22ND day of April , 2004, to:

**Irvin Rose
115 Stone Ridge
Bridgeport, CT  06606**

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04071                                         3