UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IRVIN ROSE

   Plaintiff,

vs.

JOSEPH GANIM, ET AL

   Defendants

PRISONER
CIV. NO. 3:01CV90 (RNC)(DFM)

APRIL 22, 2004

### DEFENDANTS, PEREZ & TORRES, MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants, M. Perez and P. Torres, respectfully request that the Court grant Summary Judgment. The bases of the Motion are that:

1. The Defendants', M. Perez and P. Torres, arrest of Mr. Rose was based upon probable cause.

2. The Defendants, M. Perez and P. Torres, are entitled to qualified immunity for their actions in arresting Mr. Irvin Rose.

3. There are no facts to support a claim against P. Torres.

4. The Plaintiff has failed to offer any testimony or evidence to support a cause of action for negligence or intentional infliction of emotional distress.

**Notice to Pro Se Plaintiff**: The defendants in this matter have filed a Motion for Summary Judgment claiming that they are entitled to judgment in

July 2, 2004.  Granted absent objection.  So ordered.
Robert N. Chatigny, U.S.D.J.

BMF04072

1