UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IRVIN ROSE

                                                    PRISONER

v.                                   CIVIL NO. 3:01CV90 (RNC) (DFM)

JOSEPH P. GANIM
THOMAS J. SWEENEY
M. PEREZ
P. TORRES
JOHN DOE
JANE DOE

<u>J U D G M E N T</u>

      This cause came on for consideration of the plaintiff's complaint and the defendants' Motions for Summary Judgment before the Honorable Robert N. Chatigny, United States District Judge.

      The Court has considered the complaint.  On January 16, 2003, the Court dismissed the complaint as to the claims against John Doe and Jane Doe pursuant to Rule 4(m), Fed. R. Civ. P.

      The Court has also considered both motions for summary judgment and all the related papers. On March 24, 2004, the court granted defendants' first motion for summary judgment as to defendants Ganim and Sweeney and denied the motion without prejudice to refiling as to defendants Perez and Torres.

      On July 2, 2004, the court granted defendants' second motion for summary judgment as all claims against defendants Torres and Perez absent objection.

      Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the

defendants and the case is closed.

        Dated at Bridgeport, Connecticut this 20th day of September, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By /s/ Cynthia Earle
                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____